*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and STARITA
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Eli C. PIPER**
Master-at-Arms Petty Officer Third Class (E-4), U.S. Navy
*Appellant*

**No. 202000236**

Decided: 25 February 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Justin R. McEwen

Sentence adjudged 27 July 2020 by a special court-martial convened at Naval Air Station Sigonella, Italy, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 150 days, forfeiture of $800 pay per month for 5 months, and a bad-conduct discharge.

For Appellant:
*Commander C. Eric Roper, JAGC, USNR*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court